INITIAL APPEARANCE CALENDAR

Magistrate Judge : __Steven Tiscione__   Date: __2/25/19__

Magistrate Case Number: __19-172M__   LOG #: __3:12 - 3:45 18__

Defendant's Name: __Frank Segui__

__X__ Court appointed counsel.   ____ Defendant retained counsel.

Defense Counsel: __Kannan Sundaram__   CJA:___ FDNY: _X_ RET:___

A.U.S.A. __Andrew Grubin__   Clerk : __SM Yuen__

Interpreter : _____   Language: _____

__X__ ARRAIGNMENT on Complaint held.   __✓__ Government Agent Sworn

____ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.   ____ Bond set on consent of both parties.

Defendant :   ____ released   ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

__✓__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or   __✓__ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives:   ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Order of excludable delay from 2/25 - 3/27/19 entered.__